AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

4:21-cr-00018 BRW

| United States District Court | District |
|---|---|

| Name *(under which you were convicted)*: Jemel Foster | Docket or Case No.: 4:CR21-00018BRW |
|---|---|

| Place of Confinement: FCI Beckly, 1600 Industrial Road, Beaver, West Virgina 25813 | Prisoner No.: 25966509 | FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS |
|---|---|---|

| UNITED STATES OF AMERICA  V.  Jemel Foster | Movant *(include name under which convicted)* |
|---|---|

JAN 2 3 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   United States District Court for the Eastern District of Arkansas, Central Division. 500 West Capitol Avenue, Little Rock, Arkansas 72201

   (b) Criminal docket or case number (if you know): 4:CR21-00018BRW

2. (a) Date of the judgment of conviction (if you know): 12/19/2024

   (b) Date of sentencing: 12/19/2024

3. Length of sentence: 360 months

4. Nature of crime (all counts):
   21 U.S.C. 841(1)(a) & (b)(1)(C) Distribution of Fentanyl Resuling in Death
   21 U.S.C. 841(1)(a) Possession w/Intent to Distribute Fentanyl

5. (a) What was your plea? (Check one)
   (1) Not guilty [✔]    (2) Guilty [ ]    (3) Nolo contendere (no contest) [ ]

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury [✔]    Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes [ ]    No [✔]

8. Did you appeal from the judgment of conviction?    Yes ✔    No ☐

9. If you did appeal, answer the following:
   (a) Name of court: United States Court of Appeals for the Eighth Circuit
   (b) Docket or case number (if you know): 23-1372
   (c) Result: The jury's verdict was affirmed on appeal
   (d) Date of result (if you know): 6/20/2024
   (e) Citation to the case (if you know):
   (f) Grounds raised:
   Insufficiency of the evidence to support the jury verdict.
   The trial court erred in denying Defendant's motion for judgment of acquittal

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ✔
   If "Yes," answer the following:
   (1) Docket or case number (if you know):
   (2) Result:
   (3) Date of result (if you know):
   (4) Citation to the case (if you know):
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ✔

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
        (2) Docket or case number (if you know):
        (3) Date of filing (if you know):

(4) Nature of the proceeding: _____

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket of case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☐

(2) Second petition:   Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** 1. I was denied due process of law and right to trial by jury when the jury was prohibited from considering intervening and superceding proximate causes of the death of the decedent

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The jury was given the question of whether fentanyl I sold to the decedent caused the death of the decedent. There was objective physical evidence that the decedent did not use the unopened packagees of fentanyl that were found on her person and direct evidence that the decedent had a habit and propensity to hide and conceal her drug transactions and her drugs.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☑
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☐
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☐

AO 243 (Rev. 09/17)

 (4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐  No ☐

 (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐  No ☐

 (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

 (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** My right under the 5th Amendment was violated when the jury was allowed to consider a basis for conviction that was not stated in the indictment.

 (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

 (b) **Direct Appeal of Ground Two:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐  No ☐

AO 243 (Rev. 09/17)

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☐
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐   No ☐
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐   No ☐
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐   No ☐
   (6) If your answer to Question (c)(4) is "Yes," state:
   Name and location of the court where the appeal was filed:

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):

   (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:** My trial was fundamentally unfair because it resulted in a non-unanimous verdict in violation to my jury trial right under the 6th Amenement.

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
I was required to "pull the government's wagon"

    (b) **Direct Appeal of Ground Three:**
        (1) If you appealed from the judgment of conviction, did you raise this issue?
            Yes ☐    No ☐
        (2) If you did not raise this issue in your direct appeal, explain why:

    (c) **Post-Conviction Proceedings:**
        (1) Did you raise this issue in any post-conviction motion, petition, or application?
            Yes ☐    No ☐
        (2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition:
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

        (3) Did you receive a hearing on your motion, petition, or application?
            Yes ☐    No ☐
        (4) Did you appeal from the denial of your motion, petition, or application?
            Yes ☐    No ☐
        (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
            Yes ☐    No ☐

AO 243 (Rev. 09/17)

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** I was denied effective assistance of counsel when my attorney failed to object to Jury Instructions No. 6 and 10 and failed to request a special verdict form on causation

    (a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Based on the Courts instructions to and the evidence before the jury, the jury could have found that the ongoing relationship with the victim was a but-for cause of her drug use, without finding that she ingested any of the unopened packages of fentanyl that defendant sold to her. The error pervaded the trial.

    (b)  **Direct Appeal of Ground Four:**
        (1)  If you appealed from the judgment of conviction, did you raise this issue?
            Yes ☐    No ☐
        (2)  If you did not raise this issue in your direct appeal, explain why:

    (c)  **Post-Conviction Proceedings:**
        (1)  Did you raise this issue in any post-conviction motion, petition, or application?
            Yes ☐    No ☐
        (2)  If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☐

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

   _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
   (a) At the preliminary hearing:

   _____

   (b) At the arraignment and plea:

   _____

   (c) At the trial:

   _____

   (d) At sentencing:

   _____

   (e) On appeal:

   _____

   (f) In any post-conviction proceeding:

   _____

   (g) On appeal from any ruling against you in a post-conviction proceeding:

   _____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☐
   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   _____

   (b) Give the date the other sentence was imposed: _____
   (c) Give the length of the other sentence: _____
   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

AO 243 (Rev. 09/17)

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

_Vacate his Judgment of conviction - Grant new trial - Bar retrial of "Prior acts"_
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___January 15, 2025___ .
(month, date, year)

Executed (signed) on __01/15/25__ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

NOTARY PUBLIC OFFICIAL SEAL
Tristen Brown
State of West Virginia
My Commission Expires
May 17, 2029
FCI GILMER
201 FCI LANE
GLENVILLE, WV 26351

_notary public_

My Commission expires on: May 17th, 2029