IN THE UNTIED STATES DISTRICT COURT
EASTERN DISTRICT ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**                  Case No. 4:21CR00018BRW

**JEMEL FOSTER**                                                       **DEFENDANT**

## APPLICATION FOR CERTIFICATE OF APPEALABILITY

Comes now the Defendant, Jemel Foster, by and though counsel, and moves the Court to issue a certificate of appealability on the following issues, each of which he believes he has made a substantial showing of the denial of a constitutional right:

1. Whether the defendant was entitled to a jury instruction that would allow the jury to consider whether the decedent's consumption of drugs distributed to her by foster on a date prior to the date charged in the indictment as an intervening or superceding cause of her death?

2. Whether the instruction to the jury that they could not "convict the defendant simply because it believe he may have committed a similar act in the past" was sufficient to make it clear to the jury they could not convict the defendant if they found that the death in the present case resulted from the decedent's consumption of drugs left over from one of those "similar acts" that were committed in the past?

3. Whether the failure of the jury to specify on a special verdict form which of the specific drug transactions between the defendant and the decedent they believed resulted in the death renders the jury's verdict unreliable?

      March 13, 2025

Respectfully submitted

By:     *Danny R. Williams*
Danny R. Williams
ABN 93148
Attorney for Plaintiff
323 Center Street, Suite 1205
Little Rock, AR 72201
501-413-5714
Dwilliamslaw.pi@gmail.com