IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.   No. 4:21-CR-00018-01-BRW
     4:25-CV-00062-BRW

JEMEL FOSTER

**ORDER**

The standard for evaluating a certificate of appealability petition is set out in 28 U.S.C. § 2253(c)(2): "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." The Eighth Circuit has explained that "[a] substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings."[1]

Since Defendant has not made a substantial showing of the denial of any constitutional right, the Motion for Certificate of Appealability (Doc. No. 209) is DENIED.

IT IS SO ORDERED this 14th day of March, 2025.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997).