# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 14, 2025

Danny R. Williams
DANNY R. WILLIAMS, ATTORNEY AT LAW
Suite 1205
323 Center Street
Little Rock, AR  72201

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Mar 14, 2025
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

4:21-cr-00018-BRW

RE:  25-1518 Jemel Foster v. United States

Dear Counsel:

    The district court has transmitted a notice of appeal in this matter with notification that the docket fee is pending. This appeal has been docketed today under the number indicated. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Pursuant to Rule 3(e), Federal Rules of Appellate Procedure you must pay this court's docket fee of $600 and the $5.00 filing fee to the clerk of the district court in addition to any applicable district court fees. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee. If you fail to take one of the two options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed. Upon notification by the district court that the docket fee has been paid, this office will treat the notice of appeal as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure and will forward it to a panel of judges for consideration. You will thereafter be advised of the action taken by the court regarding the application.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Susan E. Bindler
Clerk of Court

CJO

Enclosure(s)

cc:     Clerk, U.S. District Court, Eastern District of Arkansas
       Stephen W. Franklin
       Chris Givens

       District Court/Agency Case Number(s):   4:25-cv-00062-BRW

**Caption For Case Number:   25-1518**

Jemel Foster

       Petitioner - Appellant

v.

United States of America

       Respondent - Appellee

**Addresses For Case Participants:   25-1518**

Danny R. Williams
DANNY R. WILLIAMS, ATTORNEY AT LAW
Suite 1205
323 Center Street
Little Rock, AR  72201

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Stephen W. Franklin
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Chris Givens
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
425 W. Capitol Avenue
P.O. BOX 1229
Little Rock, AR  72203