# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1518

Jemel Foster

Appellant

v.

United States of America

Appellee

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Mar 14, 2025
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

4:21-cr-00018-BRW

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:25-cv-00062-BRW)

---

**ORDER**

The $605 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in the district court within 21 days of the date of this order. If appellant does not pay the fee or move for IFP status by 04/04/2025, an order will be entered directing the appellant to show cause why this appeal should not be dismissed for failure to prosecute.

March 14, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　/s/ Susan E. Bindler